IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VIDA LEWIS,<br><br>              Plaintiff,<br><br>       v.<br><br>BARCLAYS BANK DELAWARE, NATIONAL ASSOCIATION, et al.,<br><br>              Defendants. | Case No.: C-12-04765 JSC<br><br>**ORDER RE DEFENDANT'S NOTICE OF RELATED CASE** |

Defendant has notified the Court that an action pending in this District, *Lewis v. Bank of Am., N.A.*, 4:12-cv-04741-DMR, may be related to this action. (*See* Dkt. No. 7.) However, the local rules provide that such notice must be filed in the earliest-filed case. Civil L.R. 3-12(b). Because this action is the later-filed case, the Court directs Defendant to file its notice in the earlier action.

IT IS SO ORDERED.

Dated: November 29, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE