SCOTT J. SAGARIA (CA # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (CA # 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Abraham J. Colman (CA # 146933)
acolman@reedsmith.com
Raagini S. Shah (CA # 268022)
rshah@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000; Facsimile: 213.457.8080

Attorneys for Defendant
BARCLAY'S BANK DELAWARE, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAVIDA LEWIS,<br><br>        Plaintiff,<br><br>   v.<br><br>BARCLAY'S BANK DELAWARE, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No.: 3:12-cv-04765-JCS<br><br>STIPULATED REQUEST FOR DISMISSAL |

STIPULATED REQUEST FOR DISMISSAL - 1

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**Sagaria Law, P.C.**

Dated:   March 25, 2013        /s/ Elliot Gale

Scott Sagaria, Esq.
Elliot Gale, Esq.
Attorneys for Plaintiff

**Reed Smith LLP.**

Dated: March 25, 2013        /s/ Raagini Shah
Abraham Colman, Esq.
Raagini Shah, Esq.

### [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: March 26, 2013        /s/ Jacqueline S. Corley

UNITED STATES MAGISTRATE JUDGE
Jacqueline Scott Corley